UNITED STATES DISTRICT COURT
Western District of Tennessee

FILED BY _____ D.C.

05 OCT 27 PM 3: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:04CR20136-02-D

NATASHA RENEE DONELLY
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Natasha Renee Donelly, was represented by Doris Randle-Holt, Esq.

It appearing that the defendant, who was convicted on September 28, 2004, in the above styled cause and was placed on Probation for a period of one (1) year and has violated the terms of Probation.

It is hereby ORDERED and ADJUDGED that the Probation of the defendant be revoked and that the defendant's supervision be terminated effective September 22, 2005.

Furthermore, no additional supervised release shall be imposed. However, Restitution Penalty stands as previously imposed.

Signed this the __27th__ day of October, 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE


Defendant's SS No.: 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
Defendant's Date of Birth: 03/24/1984
U.S. Marshal No.: 19550-076
Defendant's Mailing Address: 305 South 19th St., West Memphis, AR 72301

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-27-05    (69)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:04-CR-20136 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT